JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY MARTIN BURT MURRAY, <br><br> Petitioner, <br><br> v. <br><br> MARCUS POLLARD, Warden, <br><br> Respondent. | Case No. CV 20-8775-RGK (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 16, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE